IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEOPOLDO PAUL VELASQUEZ,**<br><br>                                          Plaintiff,<br><br>          v.<br><br>**TIM VIRGA, Warden,**<br><br>                                          Defendant. | Case No. 1:12-cv-01326-AWI-MJS<br><br>**ORDER GRANTING EXTENSION OF TIME**<br><br>**(Doc. 22)**<br><br>**RESPONSE DUE: JUNE 16, 2014** |

   GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's responsive pleading be filed on or before June 16, 2014.

IT IS SO ORDERED.

   Dated:   May 16, 2014                          /s/ *Michael J. Seng*
                                                        UNITED STATES MAGISTRATE JUDGE

1